IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| CATHERINE RENEE MARTIN | § | |
| v. | § | CIVIL ACTION NO. 6:06cv513 |
| AMERICAN INDUSTRIES INTERNATIONAL, ET AL. | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation recommends that the Motion for Summary Judgment (document #15) be granted. No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that the Motion for Summary Judgment (document #15) is **GRANTED** and the claims against the remaining defendant, Wal-Mart, are **DISMISSED** with prejudice.[1] Any motion not previously ruled on is **DENIED**.

**So ORDERED and SIGNED this 13th day of December, 2007.**



**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**

---

[1] The claims against American Industries International were dismissed on July 9, 2007 (see document #12).